

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JOEL GARCIA, | § | No. 08-19-00274-CR |
| Appellant, | § | Appeal from the |
| v. | § | 210th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20150D000100) |
| | § | |

# **O R D E R**

On October 30, 2019, T. Brent Mayr was withdrawn as counsel of record for the Appellant. However, it appears that the trial court has not yet appointed new counsel. Therefore, the trial court is ordered to appoint counsel to represent Appellant on appeal. The order of appointment shall be filed with the trial court no later than December 16, 2019. Further, the order of appointment shall be included in a supplemental clerk's record and forwarded to this Court no later than December 26, 2019.

IT IS SO ORDERED this 26th day of November, 2019.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.